FILED
2018 Mar-05 PM 04:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **ESURANCE INSURANCE COMPANY,** | * | |
| | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | **3:17-cv-01814-UJH-VEH** |
| | * | |
| **CAROLYN HOLCOMB, THE HEALTH CARE AUTHORITY OF THE CITY OF HUNTSVILLE, AND THE UNITED STATES AND ITS AGENCY, THE DEPARTMENT OF HEALTH AND HUMAN SERVICES, THE CENTERS FOR MEDICARE AND MEDICAID SERVICES,** | * * * * | |
| **Defendants.** | | |

**STIPULATION AND ORDER FOR DISMISSAL**

COME NOW the Parties, Plaintiff, Esurance Insurance Company ("Esurance"), and Defendants, Carolyn Holcomb ("Holcomb"), The Health Care Authority of the City of Huntsville ("Health Care Authority"), and The United States and Its Agency, The Department of Health and Human Services, The Centers for Medicare and Medicaid Services ("CMS/Medicare"), by and through undersigned

counsel, pursuant to F.R.C.P. 41, and hereby enter into the following stipulations regarding dismissal of this action:

1.    Esurance issued a policy of automobile insurance, Policy No. PAAL-003994413 (the "Policy"), which is the subject of a personal injury claim by Defendant Holcomb against Esurance's insured, Susan Lough, that stems from an automobile accident which occurred on September 15, 2016. The Policy has $100,000.00 in liability coverage limits.

2.    Based upon the agreement of all parties as well as the agreement of Optum/United Healthcare Insurance Company, a non-party but which claims an interest in the Policy proceeds, Esurance shall pay the proceeds thereof (the "Policy Proceeds"), to the payees set forth below:

- To CMS/Medicare, $54,600.14 payable to "Medicare".

- To Optum/UnitedHealthcare, $4,306.28 payable to "Optum", taxpayer identification number XX-XXX8498.

- To The Healthcare Authority of the City of Huntsville – $0.00, for The Healthcare Authority of the City of Huntsville represented in its Answer To Interpleader Complaint, (Docs. 20 and 20-1), that it holds no claims nor interest in the funds which are the subject of the instant interpleader action.

- To Carolyn Holcomb and her counsel, $41,093.58, with W-9 form and payee instructions to be furnished by counsel for Carolyn Holcomb. Said amount represents the balance of the Policy Proceeds.

3. Payment of the Policy Proceeds as outlined above shall be made within thirty (30) days of the entry of this order.

4. Upon payment of the Policy Proceeds as set forth in Paragraph 1 above, Esurance shall be and hereby is forever and completely discharged and released by Defendants from any and all liability for claims, whether brought or capable of having been brought in this litigation, arising out of or relating in any way to the Policy.

5. Esurance is dismissed with prejudice and without costs to any party, and all claims, cross-claims, and counterclaims which were or could have been asserted against Esurance are dismissed with prejudice.

6. All other claims that have or could have been filed by and between any parties in this matter relating to the Policy Proceeds are hereby dismissed, with prejudice, with each party to bear their own costs.

**SO ORDERED, THIS _____ DAY OF _______________, 2018.**

_______________________________
**VIRGINIA E. HOPKINS**
**UNITED STATES DISTRICT JUDGE**

**NICHOLAS SPARKS INJURY LAW**
Attorneys for Carolyn Holcomb
Keith McKerall by Jack Hood AUSA
**/s/ Keith McKerall**
***(with express permission)***
KEITH McKERALL
(ASB-3926-165k)
P.O. Box 729
Jasper, AL 35502
Phone: (205) 530-5151
Fax: (205) 435-6505
keith@kmcklaw.com

**LANIER FORD SHAVER & PAYNE, P.C.**
Attorneys for The Health Care Authority of the City of Huntsville
Lauren B. Houseknecht by Jack Hood AUSA
**/s/ Lauren B. Houseknecht**
***(with express permission)***
LAUREN B. HOUSEKNECHT
P.O. Box 2087
Huntsville, AL 35804
Telephone: (256) 535-1100
Facsimile: (256) 533-9322
lbh@lanierford.com

**UNITED STATES OF AMERICA**
JAY E. TOWN
UNITED STATES ATTORNEY
Jack Hood - AUSA
**s/ Jack Hood**
Jack Hood
Assistant United States Attorney
U.S. Attorney's Office
State Bar No. D41J
1801 Fourth Avenue North

Birmingham, Alabama 35203
(205) 244-2103
(205) 244-2181 (fax)
jack.hood@usdoj.gov

Attorney for CMS/Medicare

Carol Napier by Jack Hood AUSA
/s/ Carol Napier
*(with express permission)*
CAROL NAPIER
State Bar No. 534301
Sam Nunn Federal Building
61 Forsyth Street, SW, Suite 5M60
Atlanta, GA 30303-8909
(404) 562-7831
(404) 562-7855
carol.napier@hhs.gov

**SHERMAN & LACEY, LLP**
Attorneys for Esurance Insurance Company

Colin D. Sherman by Jack Hood AUSA
**/s/ Colin D. Sherman**
*(with express permission)*
COLIN D. SHERMAN
(ASB-3110-O72S)
P.O. Box 3062
Mobile, AL 36652-3062
Telephone: (251) 930-5415
Facsimile: (251) 252-7794
csherman@shermanlaceylaw.com