# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **ESURANCE INSURANCE COMPANY,** ) ) ) | |
| Plaintiff, ) ) | **Case No.:** 3:17-CV-1814-UJH-VEH |
| v. ) ) | |
| **CAROLYN HOLCOMB, et al,** ) ) | |
| Defendants. ) | |

## ORDER

The court having been advised by counsel that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.  Provided, however, that any party may seek to reopen the action within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment.  Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 6th day of March, 2018.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge